**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:<br><br>23ANDMEHOLDING CO., *et al.*,<br>　　　　　　　Debtors.<br>―――――――――――――――――――<br>The State of Arizona, *ex rel.* Kristin K. Mayes, the Attorney General; Office of the Attorney General, State of Colorado; State of Connecticut; District of Columbia, Office of the Attorney General; State of Florida, Office of the Attorney General, Department of Legal Affairs; Office of the Illinois Attorney General; The State of Kansas; The Commonwealth of Kentucky, *ex rel.* Russell Coleman, Attorney General; State of Louisiana; State of Maine; Michigan Attorney General, *ex rel.* the People of the State of Michigan; State of Minnesota, by its Attorney General, Keith Ellison; State of Missouri, Andrew Bailey, Attorney General; New Hampshire Office of the Attorney General, Consumer Protection Division; New Mexico Department of Justice; New York State Attorney General's Office; State of North Carolina; State of Oklahoma; The State of Oregon, by and through its Attorney General Dan Rayfield; The Commonwealth of Pennsylvania; The State of South Carolina *ex rel.* Alan Wilson, in his official capacity as Attorney General of the State of South Carolina; The Attorney General for the State of South Dakota; State of Utah, Office of the Utah Attorney General; State of Vermont; Commonwealth of Virginia, *ex rel.* Jason S. Miyares, Attorney General; Washington Attorney General Nick Brown; Office of the West Virginia Attorney General; State of Wisconsin,<br>　　　　　　　　　Plaintiffs,<br>v.<br><br>23ANDME HOLDING CO., *et al.*,[1]<br>　　　　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Chapter 11<br><br>Case No. 25-40976<br><br>(Jointly Administered)<br><br><br>Hon. Brian C. Walsh<br>U.S. Bankruptcy Judge<br><br><br>**Adversary No. 25-04035** |

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

―――――――――――――――――――――――――――――――――――――――――――――――――――――

**DISMISSAL WITHOUT PREJUDICE**　　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 1**

## NOTICE OF DISMISSAL OF ADVERSARY COMPLAINT WITHOUT PREJUDICE

COMES NOW, The State of Arizona, *ex rel*. Kristin K. Mayes, the Attorney General; State of Connecticut; District of Columbia, Office of the Attorney General; State of Florida, Office of the Attorney General, Department of Legal Affairs; Office of the Illinois Attorney General; The State of Kansas; State of Louisiana; State of Maine; Michigan Attorney General, *ex rel.* the People of the State of Michigan; State of Minnesota, by its Attorney General, Keith Ellison; New Hampshire Office of the Attorney General, Consumer Protection Division; New Mexico Department of Justice; New York State Attorney General's Office; State of North Carolina; State of Oklahoma; The State of South Carolina *ex rel*. Alan Wilson, in his official capacity as Attorney General of the State of South Carolina; The Attorney General for the State of South Dakota; State of Utah, Office of the Utah Attorney General; State of Vermont; Commonwealth of Virginia, *ex rel.* Jason S. Miyares, Attorney General; Washington Attorney General Nick Brown; Office of the West Virginia Attorney General; State of Wisconsin, by and through Abigail R. Ryan, Bankruptcy Counsel, National Association of Attorneys General; and by the State of Colorado, by and through Senior Assistant Attorney General, Robert Padjen; by The Commonwealth of Kentucky, *ex rel*. Russell Coleman, Attorney General; by the State of Minnesota, by its Attorney General, Keith Ellison; by the State of Missouri, Andrew Bailey, Attorney General; by the State of Oregon *ex rel*. Dan Rayfield, Oregon Attorney General, by and through Senior Assistant Attorney General, Justin D. Leonard; by the Commonwealth of Pennsylvania, Office of the Attorney General, by and through Deputy Attorney General Lauren A. Michaels, and files this *Notice of Dismissal of Adversary Complaint Without Prejudice* and states as follows:

### I.    FACTS

1. On May 19, 2025, the Debtors filed a notice of successful bidder and backup bidder, reflecting that the successful bidder was Regeneron, and the backup bidder was TTAM.[2]

---

[2] Case No. 25-40976 at dkt. no. 420.

**DISMISSAL WITHOUT PREJUDICE**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 2**

2. On June 9, 2025, the States filed this adversary complaint[3], based upon the sale structure proposed in filings at that time.

3. On May 31, 2025, TTAM filed an objection[4] to the auction process, and sought to reopen bidding, and on June 6, 2025, an order was entered setting out the procedures for the final round of bidding.[5] After the conclusion of the auction, TTAM became the winning bidder and Regeneron the backup bidder and TTAM and the Debtors agreed to structure the sale as a transfer of equity.

4. While the States still objected to the sale to TTAM, the States were able to reach an agreement with TTAM for the implementation of additional consumer protections and privacy provisions if the sale was approved by the Court[6], and, as such, the States[7] did not advance their objection at the sale hearing that was held on June 18th and 20th of 2025, nor did the States withdraw their objection.[8]

5. On June 27, 2025, the Court entered an order overruling the States' objection and approving the sale to TTAM.[9]

6. On July 14, 2025, the sale to TTAM closed,[10] assuring that Regeneron, as backup bidder, would not acquire these assets as originally proposed.

## II.    DISMISSAL WITHOUT PREJUDICE

7. Based upon the facts set out above, the issues raised in this adversary complaint are rendered moot.

8. As such, the States withdraw this adversary complaint without prejudice to the raising of these issues in future litigation.

Dated: July 30, 2025,

---

[3] Dkt. No. 1.
[4] Case No. 25-40976 at dkt. no. 573.
[5] Case No. 25-40976 at dkt. no. 657.
[6] *See* Case No. 25-40976 at dkt. no. 739, p.113.
[7] The State of Utah and the Commonwealth of Kentucky filed separate, stand-alone objections to the TTAM sale and advanced their objections at the sale hearing.  These objections were also overruled.
[8] The Commonwealth of Virginia did not affirmatively sign on to the agreement but also did not advance or withdraw the objection, but they are a party to this dismissal.
[9] Case No. 25-40976 at dkt. no. 910.
[10] Case No. 25-40976 at dkt. no. 994.

---

Respectfully Submitted,

/S/ ABIGAIL R. RYAN
ABIGAIL R. RYAN
BANKRUPTCY COUNSEL
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
1850 M Street NW, 12th Floor
Washington, DC 20036
Telephone: (202) 326-6000, Ext. 258
Email: aryan@naag.org
COUNSEL FOR THE FOLLOWING NAAG CLIENT STATES:

THE STATE OF ARIZONA, EX REL. KRISTIN K. MAYES, THE ATTORNEY GENERAL

STATE OF CONNECTICUT

DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERAL

STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS

OFFICE OF THE ILLINOIS ATTORNEY GENERAL

THE STATE OF KANSAS, EX REL. KRIS KOBACH

STATE OF LOUISIANA

STATE OF MAINE

MICHIGAN ATTORNEY GENERAL, EX REL. THE PEOPLE OF THE STATE OF MICHIGAN

NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION

NEW MEXICO DEPARTMENT OF JUSTICE

NEW YORK STATE ATTORNEY GENERAL'S OFFICE

STATE OF NORTH CAROLINA

STATE OF OKLAHOMA

THE STATE OF SOUTH CAROLINA EX REL. ALAN WILSON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF SOUTH CAROLINA

THE ATTORNEY GENERAL FOR THE STATE OF SOUTH DAKOTA

STATE OF UTAH, OFFICE OF THE UTAH ATTORNEY GENERAL

STATE OF VERMONT

THE COMMONWEALTH OF VIRGINIA, EX REL. JASON S. MIYARES, ATTORNEY GENERAL

THE STATE OF WASHINGTON

OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL

THE STATE OF WISCONSIN

FOR THE STATE OF COLORADO

/S/ ROBERT PADJEN
ROBERT PADJEN, NO. 14678CO
SENIOR ASSISTANT ATTORNEY GENERAL
COLORADO DEPARTMENT OF LAW
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 Broadway, 8th Floor
Denver, Colorado 80203
Direct dial: 720-508-6346
E-mail: robert.padjen@coag.gov

FOR THE COMMONWEALTH OF KENTUCKY, EX REL. RUSSELL COLEMAN, ATTORNEY GENERAL

/S/ CHRISTOPHER D. HUNT
CHRISTOPHER D. HUNT (KY BAR NO. 91775)
ASSISTANT ATTORNEY GENERAL
KENTUCKY OFFICE OF THE ATTORNEY GENERAL
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
Tel: (502) 696-5691
ChrisD.Hunt@ky.gov

FOR THE STATE OF MINNESOTA
KEITH ELLISON ATTORNEY GENERAL OF MINNESOTA

/S/ DALILA Z. JORDAN
DALILA Z. JORDAN, ATTORNEY REG # 0403120
ASSISTANT ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
445 Minnesota Street, Suite 600
Saint Paul, Minnesota 55101
Telephone: (651) 300-7640
Email: Dalila.Jordan@ag.state.mn.us

COUNSEL FOR THE STATE OF MINNESOTA

<table>
<tr><td>

FOR THE STATE OF MISSOURI
ANDREW BAILEY, ATTORNEY GENERAL

BY: /S/ CALEB LEWIS
Caleb M. Lewis, Mo. Bar #61894
   Assistant Attorney General
Michael Schwalbert, Mo. Bar #63119
   Assistant Attorney General
Alison Esbeck, Mo. Bar. #58501
   Assistant Attorney General
Zachary Elam, Mo. Bar #76935
   Assistant Attorney General

Missouri Attorney General's Office
815 Olive Street Suite 200
St. Louis, MO 63101
(314) 340-7883
FAX: (314) 340-7981
Caleb.Lewis@ago.mo.gov
Michael.Schwalbert@ago.mo.gov
Alison.Esbeck@ago.mo.gov
Zachary.Elam@ago.mo.gov
ATTORNEYS FOR THE OFFICE OF THE
MISSOURI ATTORNEY GENERAL

</td><td>

FOR THE COMMONWEALTH OF
PENNSYLVANIA
OFFICE OF THE ATTORNEY GENERAL,
DAVID W. SUNDAY, JR., ATTORNEY GENERAL

By: /s/Lauren A. Michaels
Lauren A. Michaels
Deputy Attorney General
Pa I.D. No. 320686
Melissa L. Van Eck
Chief Deputy Attorney General Financial
Enforcement Section
Commonwealth Of Pennsylvania
Office Of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, Pa 15222
Tel: (412) 235-9072
E-mail: lmichaels@attorneygeneral.gov

</td></tr>
</table>

FOR THE STATE OF OREGON, DAN RAYFIELD ATTORNEY
GENERAL OF OREGON

/S/ JUSTIN D. LEONARD
JUSTIN D. LEONARD, E.D. MO. D.C. # 033736OR
SENIOR ASSISTANT ATTORNEY GENERAL
OREGON DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, Oregon 97301-4096
Telephone: (503) 378-4400
Email: Justin.Leonard@doj.oregon.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on July 30, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system upon all those who receive electronic notifications.

                                                /s/ Abigail R. Ryan
                                                Abigail R. Ryan
                                                Bankruptcy Counsel
                                                National Association of Attorneys General